**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 23-cv-20561-SEITZ/Reid**

Dennis Mark Mickeleit and
Beta Gama Foundation,

    Plaintiffs,

v.

Vallarino Fry Law, P.A. d/b/a Bufete
Vallarino y Asociados and Nicholas M.
Apostol,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR ENTRY OF**
**CLERK'S DEFAULT AS TO DEFENDANTS**

To:    Clerk of the United States District Court for the Southern District of Florida

    Plaintiffs, Dennis Mark Mickeleit ("Mickeleit") and Beta Gama Foundation ("BGF," with Mickeleit, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 55(a), respectfully request that the Clerk of the Court enter defaults against Defendants, Vallarino Fry Law, P.A. d/b/a Bufete Vallarino y Asociados and Nicholas M. Apostol, for failure to answer, plead, or otherwise defend in a timely manner. In support of this request for entry of default against Defendants, Plaintiffs rely upon the record in this case and the declaration attached hereto as Exhibit 1.

Dated: March 14, 2023                       Respectfully submitted,

                                                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                                *Attorneys for Plaintiffs*
                                                110 SE 6th Street, Suite 2600
                                                Fort Lauderdale, Florida 33301
                                                Tel.: 954-728-1280
                                                Fax: 954-678-4090
                                                Vincent.Alexander@lewisbrisbois.com

1

By: /s/ Vincent F. Alexander
Vincent F. Alexander
Fla. Bar No. 68114

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by (1) transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in this case; and (2) U.S. First Class Mail on the parties on the attached Service List.

By: /s/ Vincent F. Alexander
Vincent F. Alexander

## SERVICE LIST

VALLARINO FRY LAW P.A. d/b/a BUFETE VALLARINO y ASOCIADOS
c/o Nicholas M. Apostol, Registered Agent
5755 SW Ranchito Street
Palm City, FL 34990

Nicholas M. Apostol
5755 SW Ranchito Street
Palm City, FL 34990

91367258.1